# Exhibit A



Circuit Court for Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.: CAL20-18907

Other Reference No.(s): ...................................

Child Support Enforcement Number: ...................................

Date issued: November 25, 2020

To: Red Robin International Inc
SV: CSC Lawyers Inc Srvc Co
7 St Paul Street, Ste 820
Baltimore, MD 21202

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by;

DONNA SCHNEIDER
4701 COLONEL EWELL COURT
UPPER MARLBORO MD 20772

This summons is effective for service only if served within 60 days after the date it is issued.

Mahaoui El Amin
Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Instructions for Service:

1.  This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.

2.  Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3.  Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4.  If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

CC-CV-032 (Rev. 01/2019)                  Page 1 of 2                  CAL20-18907

Exhibit A, Page 1 of 27

# SHERIFF'S RETURN

Circuit Court for <u>Prince George's County</u>

To: ...............................................................

Sheriff fee: ........................................ By: ....................................................

Served: ....................................................................................................

Time: ........................... Date: ...............................................................

Unserved (Reason): ...................................................................................

With the following:

        ☐ Summons                ☐ Counter Complaint
        ☐ Complaint             ☐ Domestic Case Information Report
        ☐ Motions                ☐ Financial Statement
        ☐ Petition and Show Cause Order    ☐ Other: _____
                                                 **(please specify)**

Was unable to serve because:

        ☐ Moved; left no forwarding address   ☐ No such address
        ☐ Address not in Jurisdiction        ☐ Other: _____
                                                   **(please specify)**

Sheriff Fee: $_____      ☐ Waived by: _____

_____
**(Serving Sheriff's Signature & Date)**

Instructions to Private Process:

1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.

4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

Exhibit A, Page 2 of 27

IN THE CIRCUIT COURT FOR <u>Prince George's County</u>
(City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

   *Defendant*: You must file an Information Report as required by Rule 2-323(h).

*__THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING__*

FORM FILED BY: ☒PLAINTIFF ☐DEFENDANT   CASE NUMBER_____
(Clerk to insert)

CASE NAME: <u>Donna Schneider</u>     vs.    <u>Red Robin International Inc.</u>
Plaintiff                           Defendant

PARTY'S NAME: <u>Donna Schneider</u>      PHONE:_____

PARTY'S ADDRESS:_____

PARTY'S E-MAIL:_____

**If represented by an attorney:**

PARTY'S ATTORNEY'S NAME:<u>Mark Kohl</u>_____ PHONE: 301-352-4950

PARTY'S ATTORNEY'S ADDRESS:<u>17251 Melford Blvd., Suite 200, Bowie, Maryland 20715</u>

PARTY'S ATTORNEY'S E-MAIL: <u>mkohl@decarodoran.com</u>

**JURY DEMAND?** ☒Yes ☐No

**RELATED CASE PENDING?** ☐Yes ☒No  If yes, Case #(s), if known:_____

**ANTICIPATED LENGTH OF TRIAL?:** _____ hours   3   days

*FILED*

*NOV 23 2020*

*CLERK OF THE CIRCUIT COURT*
*PRINCE GEORGE'S COUNTY, MD*

### PLEADING TYPE

**New Case:** ☒Original   ☐Administrative Appeal ☐ Appeal

**Existing Case:** ☐Post-Judgment ☐Amendment

*If filing in an existing case, skip Case Category/ Subcategory section - go to Relief section.*

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box*)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint - DOB of Youngest Plt:_____
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☐ Motor Tort
- ☒ Negligence
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud

- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property / Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Workers' Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance

- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. - Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

**CC-DCM-002** (Rev. 04/2017)        Page 1 of 3

Exhibit A, Page 3 of 27

| IF NEW OR EXISTING CASE: RELIEF (Check All that Apply) |
|---|

☐ Abatement     ☐ Earnings Withholding     ☐ Judgment-Interest     ☐ Return of Property
☐ Administrative Action     ☐ Enrollment     ☐ Judgment-Summary     ☐ Sale of Property
☐ Appointment of Receiver     ☐ Expungement     ☐ Liability     ☐ Specific Performance
☐ Arbitration     ☐ Findings of Fact     ☐ Oral Examination     ☐ Writ-Error Coram Nobis
☐ Asset Determination     ☐ Foreclosure     ☐ Order     ☐ Writ-Execution
☐ Attachment b/f Judgment     ☐ Injunction     ☐ Ownership of Property     ☐ Writ-Garnish Property
☐ Cease & Desist Order     ☐ Judgment-Affidavit     ☐ Partition of Property     ☐ Writ-Garnish Wages
☐ Condemn Bldg     ☐ Judgment-Attorney Fees     ☐ Peace Order     ☐ Writ-Habeas Corpus
☐ Contempt     ☐ Judgment-Confessed     ☐ Possession     ☐ Writ-Mandamus
☐ Court Costs/Fees     ☐ Judgment-Consent     ☐ Production of Records     ☐ Writ-Possession
☐ Damages-Compensatory     ☐ Judgment-Declaratory     ☐ Quarantine/Isolation Order
☐ Damages-Punitive     ☐ Judgment-Default     ☐ Reinstatement of Employment

*If you indicated Liability above, mark one of the following. This information is not an admission and* may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.    ☐ Liability is not conceded, but is not seriously in dispute. ☒ Liability is seriously in dispute.

| MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs) |
|---|

☐ Under $10,000     ☒ $10,000 - $30,000     ☐ $30,000 - $100,000     ☐ Over $100,000

☐ Medical Bills $ _Pending_     ☐ Wage Loss $ _Pending_     ☐ Property Damages $ _____

| ALTERNATIVE DISPUTE RESOLUTION INFORMATION |
|---|

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
A. Mediation    ☒ Yes    ☐ No        C. Settlement Conference    ☒ Yes    ☐ No
B. Arbitration    ☒ Yes    ☐ No        D. Neutral Evaluation    ☐ Yes    ☒ No

| SPECIAL REQUIREMENTS |
|---|

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

| ESTIMATED LENGTH OF TRIAL |
|---|

*With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.*    **(Case will be tracked accordingly)**

☐ 1/2 day of trial or less        ☒ 3 days of trial time
☐ 1 day of trial time        ☐ More than 3 days of trial time
☐ 2 days of trial time

| BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM |
|---|

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited**- Trial within 7 months of      ☐ **Standard** - Trial within 18 months of
    Defendant's response              Defendant's response

EMERGENCY RELIEF REQUESTED

Exhibit A, Page 4 of 27

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response      ☐ **Standard** - Trial within 18 months of Defendant's response

### *IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff_____. |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ☐ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

11/19/2020
_____
Date

17251 Melford Blvd., Suite 200
_____
Address

Bowie          MD          20736
_____
City           State        Zip Code

_____
Signature of Counsel / Party

Mark Kohl
_____
Printed Name

**CC-DCM-002** (Rev. 04/2017)          Page 3 of 3

Exhibit A, Page 5 of 27

## IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

DONNA SCHNEIDER          :
4701 Colonel Ewell Court   :
Upper Marlboro, Maryland 20772 :

      Plaintiff         :
                       :
v.                   :   **Case No.:** _____

RED ROBIN INTERNATIONAL, INC.,  :
t/a RED ROBIN GOURMET BURGERS & :
BREWS                 :
5575 DTC Parkway, Suite 110   :
Englewood, Colorado 80111    :
                       :
Serve: CSC Lawyers Incorporating Service :
      Company, Resident Agent :
      7 St. Paul Street, Suite 820 :
      Baltimore, Maryland 21202 :
                       :
      Defendant         :

**FILED**
NOV 2 3 2020
CLERK OF THE CIRCUIT COURT
FOR PRINCE GEORGE'S COUNTY, MD

### COMPLAINT

The Plaintiff, Dona Schneider, through counsel, sues the Defendant Red Robin International, Inc., t/a Red Robin Gourmet Burgers & Brews, and states as reasons as follows:

1.    That the Plaintiff is an adult citizen of the United States and at all relevant times was a resident of Prince George's County, Maryland.

2.    The Defendant is a Nevada corporation maintaining its principle place of business in Colorado, and at all relevant times operated a restaurant located at 1403 S Main Chapel Way, Gambrills, Maryland 21054.

3.    The Defendant also carries on a regular business in Prince George's County, Maryland by operating a restaurant in Bowie, Maryland.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

4.      The Court possesses personal jurisdiction over the Defendant pursuant to Section 6-103(b) of the Courts & Judicial Proceedings Article.

5.      Venue is proper pursuant to Section 6-201(a) of the Courts & Judicial Proceedings Article.

6.      On or about July 30, 2018 the Plaintiff was a business invitee at the Defendant's restaurant located at 1403 S Main Chapel Way, Gambrills, Maryland 21054.

7.      The premises of the restaurant, including its vestibule and interior, were maintained under the exclusive control of and was operated by the Defendant's employees and agents.

8.      At the time the Plaintiff entered the restaurant it was raining and had been raining for some time.  The rain ceased before the Plaintiff's meal ended.

9.      After the Plaintiff finished her meal, she attempted to exit the restaurant through the vestibule.

10.     Warning signs were not placed in a manner that would have warned the Plaintiff of the presence of water on the floor of the vestibule.  Additionally, adequate floor mats were not properly placed to protect patrons such as the Plaintiff from slipping on water in the vestibule.

11.     As she passed through the vestibule the Plaintiff slipped on water.

12.     The water originated from other customers who had entered the vestibule, and given the length of time the Plaintiff was in the restaurant the water was present long enough that the Defendant's agents and employees knew or should have known of its existence.

13.     The Defendant owed a duty of care to the Plaintiff and other members of the

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

public to maintain the premises in a safe and reasonable condition and to warn the Plaintiff and other members of the public of any unreasonable risks of harm and other dangerous conditions and/or risk of harm associated with the premises.

14.     The Defendant, through its agents and employees, negligent and breached its duties of care owed to the Plaintiff by:

i.      Failing to adequately maintain the vestibule in a safe and reasonable condition, including to mediate any slipping hazards such as water;

ii.     Failing to adequately warn Plaintiff and other persons of the presence of slipping hazards such as water;

iii.    Failing to adequately place floor mats to protect the Plaintiff and other person from slipping hazards such as water;

iv.     Failing to inspect the vestibule with sufficient frequency or thoroughness to discovery slipping hazards such as water;

v.      Failing to institute adequate inspection policies for slipping hazards; and

vi.     Failing to exercise reasonable care for the safety of the Plaintiff; and

15.     As a direct and proximate result of the aforesaid negligence, the Plaintiff sustained serious, permanent and painful bodily injuries, suffered and shall continue to suffer great pain and suffering of mind and body, incurred and may continue to incur in the future medical expenses and other out-of-pocket expenses, and has incurred and may continue to incur lost wages.

16.     The Plaintiff was neither contributorily negligent nor assumed the risk of her injuries.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

WHEREFORE, the Plaintiff, Donna Schneider, demands judgment against the Defendant Defendant Red Robin International, Inc., t/a Red Robin Gourmet Burgers & Brews in the amount in excess of Seventy Five Thousand Dollars ($75,000), plus a separate award for costs and interest, and for such other relief as this Honorable Court deems just and proper.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER, & DeBLASIS, LLP

By _____

Mark A. Kohl, #0512140154
17251 Melford Boulevard, Suite 200
Bowie, Maryland  20715
(301) 352-4950
(301) 352-8691 - fax
mkohl@decarodoran.com
*Counsel for Plaintiff*

### RULE 20-201(f)(1)(B) CERTIFICATION

I HEREBY CERTIFY that this submission does not contain any restricted information.

_____
Mark A. Kohl

### JURY DEMAND

The Plaintiff demands trial by jury on all issues raised in the above-captioned matter.

_____
Mark A. Kohl

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

## IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

DONNA SCHNEIDER             :
4701 Colonel Ewell Court     :
Upper Marlboro, Maryland 20772  :

      Plaintiff             :

                              :

v.                       :      Case No.: _____

                              :

RED ROBIN INTERNATIONAL, INC.,  :
t/a RED ROBIN GOURMET BURGERS & :
BREWS                    :
5575 DTC Parkway, Suite 110   :
Englewood, Colorado 80111    :

                              :

Serve:  CSC Lawyers Incorporating Service :
        Company, Resident Agent    :
        7 St. Paul Street, Suite 820   :
        Baltimore, Maryland 21202   :

                              :

      Defendant           :

## LINE REQUESTING ISSUANCE OF SUMMONS

To the Clerk:

      Kindly issue a writ of summons upon the following Defendant and return to the undersigned

counsel's office for service:

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

———

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

———

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

      RED ROBIN INTERNATIONAL, INC.,
      t/a RED ROBIN GOURMET BURGERS &
      BREWS
      5575 DTC Parkway, Suite 110
      Englewood, Colorado 80111

Serve:  CSC Lawyers Incorporating Service
        Company, Resident Agent
        7 St. Paul Street, Suite 820
        Baltimore, Maryland 21202

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER, & DeBLASIS, LLP

By _____

Mark A. Kohl, #0512140154
17251 Melford Boulevard, Suite 200
Bowie, Maryland  20715
(301) 352-4950
(301) 352-8691 - fax
mkohl@decarodoran.com
*Counsel for Plaintiff*

## RULE 20-201(f)(1)(B) CERTIFICATION

I HEREBY CERTIFY that the foregoing submission does not contain any restricted

information, as defined by Maryland Rule 20-201(f)(1)(B).

_____

Mark A. Kohl

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

Exhibit A, Page 11 of 27



## IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

DONNA SCHNEIDER :
:
     Plaintiff :
:
v. :     **Case No.: CAL20-18907**
:
RED ROBIN INTERNATIONAL, INC., :
t/a RED ROBIN GOURMET BURGERS & :
BREWS :
:
     Defendant :

### INTERROGATORIES TO DEFENDANT

     The Defendant, Red Robin International, Inc., is requested to answer the following

Interrogatories:

     a.     These Interrogatories are continuing in character, so as to require you to file

supplementary Answers if you obtain further or different information before trial.

     b.     Unless otherwise indicated, these Interrogatories refer to the time, place, and

circumstances of the occurrence described in the Complaint.

     c.     Where knowledge or information or possession of a party is requested, such

request includes knowledge of the party's agent, next friend, guardian, representatives and, unless

privileged, her attorneys.

     d.     The pronoun "you" refers to the party to whom these Interrogatories are addressed,

and the persons mentioned in clause (c).

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

     1.     Identify by name and business address the entity operating a retail establishment

known as "Red Robin" at 1403 S. Main Chapel Way, Gambrills, Maryland on July 30, 2018.

2.      Identify all eyewitnesses to all or any part of the occurrence (including the location of the witness at the time of the occurrence), any person who was at or near the scene of the accident or arrived within two hours, and any management personnel on duty at the time of the occurrence

3.      Did any party, or anyone you contend was an agent, servant or employee of said party, or anyone in his or their presence, make or give to anyone any statement, comment or report concerning the occurrence or any fact relevant to any issue in this case? If yes, state by whom, to whom, when and where such statement was made and what was said.

4.      Please state the names, addresses and telephone numbers of all persons who have given you statements, signed, written or recorded, concerning the occurrence which is the subject matter of this suit.  Please include the date of each statement; the name, address and telephone number of the person who took such statement; and the present custodian(s) of such statements.

5.      If you contend that a person or entity not a party to this action acted in such manner so as to cause or contribute to the occurrence, give the name and address of such person or entity and a concise statement of the facts upon which you rely.

6.      If you have in your possession or have any knowledge of any photograph, film, picture, videotape, motion picture, drawing, plat, or other graphic or pictorial representation of the location of or of the happening of the occurrence, or any objects involved in the occurrence, or of any injuries or damages claimed to result therefrom, list each such item describing its subject matter, date or dates upon which taken or prepared, by whom taken or prepared, and name the person who now has custody or possession thereof.

7.      Name all experts whom you propose to call as witnesses on any issue in this case,

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

furnish a copy of his or her report, and, in addition, give the following information for each expert:

    a.    Name, occupation, title, professional address, area of specialty, if any, and professional relationship to you or your attorney.

    b.    Complete educational background and professional experience background.

    c.    The substance of any opinion to which you expect such person to testify, and the evidence on which this opinion is based.

8.    If any person or entity carrying on an insurance business might be liable to satisfy part or all of a judgment that might be entered in this action against the Defendant to whom these interrogatories are directed, or to indemnify or reimburse for payments made to satisfy the judgment, identify that person or entity, state the applicable policy limits of any insurance agreement under which that person might be liable, and describe any question or challenge raised by the person relating to coverage for this action.

9.    State whether you have entered into an agreement whereby the liability of any party for any portion of the Plaintiff's claims is mitigated, minimized, or negated.  If so, identify the parties to the agreement, the date of the agreement, and the agreement's terms.  This specifically includes agreements to waive subrogation or forego any claim of contribution or indemnification against any party at any point in time (including after judgment), regardless of whether the agreement is contingent on the occurrence of other events or the fulfillment of other conditions.

10.    If you intend to rely upon any documents or other tangible things to support a

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
———
17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691
———
3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

position that you have taken or intend to take in the action, including any claim for damages, provide a brief description, by category and location, of all such documents and other tangible items, and identify all persons having possession, custody, or control of them.

11.     Describe what investigation, if any, you or your agents (excluding counsel) performed after learning of the occurrence.  Include whether photographs or video footage was obtained and whether an incident report was created, and if it asserted that the investigation or the items obtained are privileged or protected, please identify who conducted the investigation, the dates, and identify any tangible items you claim are protected from discovery.

12.     State your factual contentions as to how you contend the occurrence took place

13.     State the factual basis of your claim that the Plaintiff violated any statute, regulation, ordinance, code, practice, or other such standard immediately prior to or at the time of the occurrence.

14.     State the factual basis of your contention, if any, that the Plaintiff's actions contributed to the occurrence or that the Plaintiff assumed the risk of her injuries and damages.

15.     Identify the substance or condition that you contend caused the Plaintiff to trip, slip or fall, and your contentions regarding its origin.

16.     For any substance or condition identified in your Answer to Interrogatory 15, state your contention as to how long such substance or condition was present prior to the occurrence.

17.     For any substance or condition identified in your Answer to Interrogatory 15, state when you first became aware of the substance or condition, and what steps were taken to remedy or warn customers of it.

18.     Identify your contentions as to the exterior weather conditions on the date of the

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

occurrence, specifically including precipitation, and if you contend that it had rained or snowed, when the precipitation started.

19.     Identify any policies, procedures, or other instructions in effect on the date of the occurrence that were provided to your managers, employees or associates regarding what steps should be taken to prevent water from accumulating near the entry point of the restaurant during inclimate weather conditions.

20.     Identify any policies, procedures, or other instructions in effect on the date of the occurrence that were provided to your managers, employees or associates regarding any obligation to inspect the premises for potential slipping or tripping hazards, and what steps they should take if such hazards were observed.

21.     Identify any policies, procedures, or other instructions in effect on the date of the occurrence that were provided to managers, employees or associates regarding responses at the scene to a potentially injured customer, including the creation of incident reports, securing written or recorded statements from witnesses, taking of photographs, and security of security footage.

22.     State whether on the date of the occurrence the area where the Plaintiff tripped, slipped or fell was covered by security or other cameras.

23.     Identify any warnings regarding potential hazards, including but not limited to wet floor signs and oral warnings, provided specifically to the Plaintiff or to the public at large on the date of the Occurrence referenced in the Complaint.

24.     State the factual basis of your contention, if any, that the Plaintiff failed to mitigate her injuries and damages.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

25.     State the factual basis of your contention, if any, that all or a portion of the Plaintiff's injuries and damages were either not caused by the occurrence or were caused by events or conditions apart from the occurrence.

26.     State the factual basis of your contention, if any, that the Plaintiff was not injured to the extent alleged.

27.     State the factual basis of your contention, if any, that any of the Plaintiff's treatment was not caused by the occurrence or that the invoices for her treatment were not necessary, fair, and/or reasonable.

28.     Identify all managers, employees, and associates who were present in the restaurant from its opening on the date of the occurrence until when the Plaintiff left the premises, and for those persons no longer employed or associated with you, provide their last known address and telephone number.

29.     Give the name, address and telephone number of any person not otherwise mentioned in your discovery responses having personal knowledge regarding the subject matter of any of the facts or allegations set forth in the Complaint or in your pleadings, including but not limited to, the happening of the subject occurrence, and of any injuries or damages sustained by anyone involved in the subject occurrence or anyone claiming injuries or damages, as a result of the subject occurrence.  Please state the subject matters for which said persons have personal knowledge.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER, & DeBLASIS, LLP

By _____
Mark A. Kohl, #0512140154
17251 Melford Boulevard, Suite 200
Bowie, Maryland  20715
(301) 352-4950
(301) 352-8691 - fax
mkohl@decarodoran.com
*Counsel for Plaintiff*

## CERTIFICATE REGARDING SERVICE

The undersigned hereby certifies that a copy of the foregoing interrogatories were served

upon the Defendant at the same time and in the same manner as the Summons and Complaint.

By _____
Mark A. Kohl, #0512140154

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
──────
17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691
──────
3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

DONNA SCHNEIDER ....................................... :

     Plaintiff ................................................ :

                                    :

v. ................................................... :    **Case No.: CAL20-18907**

                                      :

RED ROBIN INTERNATIONAL, INC., ..... :
t/a RED ROBIN GOURMET BURGERS & :
BREWS ......................................................... :

     Defendant .............................................. :

## PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND OTHER TANGIBLE ITEMS

     The Plaintiff, through counsel, requests pursuant to the Rules of Procedure that the Defendant Red Robin International, Inc. through its attorneys, produce the following written documents, or true, accurate and legible copies thereof for inspection by this Defendant within thirty days.  The documents or other tangible items will be produced to or inspected at DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, 17251 Melford Boulevard, Suite 200, Bowie, Maryland 20715 unless other arrangements are made.  Finally, these requests are continuing in nature and require supplementation.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

     1.    Any and all health care providers' records, reports, notes, charts, hospital records, x-ray reports, or medical records, notes, charts, or reports of any kind relating to treatment or evaluation of the Plaintiff for injuries or damages allegedly related to the subject occurrence (the Defendant may omit production of items previously produced by the Plaintiff's attorneys).

     2.    Any and all x-ray, CT, MRI films or films or scans from any other radiological

studies of the Plaintiff for injuries arising from the occurrence (the Defendant may omit production of items previously produced by the Plaintiff's attorneys).

3.      Any and all health care providers' bills, hospital bills, or bills of any kind relating to damages of any kind which the Plaintiff contends resulted from the subject occurrence (the Defendant may omit production of items previously produced by the Plaintiff's attorneys).

4.      Any and all health care providers' reports, notes, charts, records, hospital records, x-ray reports, or medical reports, notes, charts or records of any kind relating to treatment or evaluation of the Plaintiff, for other accidental injuries, or any injury, disease, malady, illness, disability, or medical condition suffered by the Plaintiff at any point in time.

5.      Any and all x-ray, CT, MRI films or films or scans from any other radiological studies of the Plaintiff at any point in time.

6.      Any and all tax returns and supporting materials relating to Plaintiff (the Defendant may omit production of items previously produced by the Plaintiff's attorneys).

7.      Any and all employment records and/or lost wage statements relating to Plaintiff (the Defendant may omit production of items previously produced by the Plaintiff's attorneys).

8.      Any non-privileged or protected tangible other tangible item related to the Plaintiff's claim for economic loss, including but not limited to invoices and receipts.

9.      Any and all photographs, film, videotape, moving pictures, drawings, diagrams, or any other graphic or visual representation or depiction of the scene of the occurrence, or of any objects connected with the occurrence, or of any injuries or damages sustained by the Plaintiff as a result of the subject occurrence. *This specifically includes a request for security footage.*

10.     Any and all photographs, film, videotape, moving pictures, drawings, diagrams, or

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

any other graphic or visual representation or depiction the Plaintiff prior to or after the occurrence.

11.     Any and all signed, written or recorded statements of this party or her agents or employees.

12.     Any and all signed, written or recorded statements of any party to the present lawsuit or of any witness.

13.     Any and all written material or physical evidence of any kind which you intend to offer in evidence or display to the finder of fact at the trial of this matter.

14.     Any and all policies of insurance (including the policy, the declarations sheet and endorsements or amendments) in effect at the time of the occurrence.

15.     A copy of each subpoena or Freedom of Information Act Request issued by you or your agents in this action.

16.     Please produce a copy of any and all written materials, documents, records, reports or tangible items referencing the party sending this request, received by you or your attorney, directly or indirectly, pursuant to any subpoena, FOIA request, or pursuant to any authorization furnished by any party to this suit, or other person or entity, that permits the receipt of such documents, reports, records or tangible items.

17.     Any and all written materials, documents, or tangible items that evidence any settlement agreement, including but not limited to any releases, covenants not to sue, or settlement agreements of any nature that you have reached with any party to the present law suit, or any person or entity not a party to this suit, arising out of the subject occurrence.

18.     Copies of any report of a governmental agency relating to the occurrence, if any.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

19.     Copies of any statute, regulation, ordinance, code, practice, or other such standard, you contend the Plaintiff violated, or that you contend you complied with, in connection with the occurrence.

20.     Any and all reports, records, notes, written materials, or electronically stored or computer stored information evidencing the findings or opinions regarding any fact or issue relevant to this case, of any expert whom you intend to call as a witness at the trial of this matter.

21.     The resume or C.V. of any expert expected to be called as a witness at trial.

22.     The fee schedule of any expert you intend to call as a witness at the trial of this matter.

23.     Correspondence (including electronic mail) between your or your attorneys and any expert you intend to call as a witness at the trial of this matter.

24.     Any retainer agreement between you or your attorneys and any expert you intend to call as a witness at the trial of this matter.

25.     Any invoices from any expert you intend to call as a witness at the trial of this matter.

26.     Any publications, articles, continuing legal education materials or presentations, or presentations authored by any expert you intend to call as a witness at the trial of this matter.

27.     Any publications, articles, learned texts, models, or illustrations that any expert you intend to call as a witness at trial of this matter may use in his testimony on direct.

28.     Any listing of testimony at deposition or trial compiled by an expert you intend to call as a witness at trial in this matter.

29.     Any correspondence between you and any party to this litigation, or any person or

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

entity who you contend contributed to the occurrence (correspondence between an attorney and their client is specifically excluded from this request).

30.     Any document reflecting ownership of the Property referenced in the Plaintiff's Complaint.

31.     Any rental, management, or lease agreement regarding the Property referenced in the Plaintiff's Complaint.

32.     Any agreement regarding the provision of maintenance or snow removal services at the Property referenced in the Plaintiff's Complaint.

33.     Any incident report created as a result of the occurrence.

34.     Any weather data regarding the date of the occurrence, including precipitation reports.

35.     Any policies, procedures, or other instructions in effect on the date of the occurrence that were provided to your managers, employees or associates regarding what steps should be taken to prevent water from accumulating near the entry point of the restaurant during inclimate weather conditions.

36.     Any policies, procedures, or other instructions in effect on the date of the occurrence that were provided to your managers, employees or associates regarding any obligation to inspect the premises for potential slipping or tripping hazards, and what steps they should take if such hazards were observed.

37.     Any policies, procedures, or other instructions in effect on the date of the occurrence that were provided to managers, employees or associates regarding responses at the scene to a potentially injured customer, including the creation of incident reports, securing

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

written or recorded statements from witnesses, taking of photographs, and security of security

footage.

38.    Any policies, procedures, or other instructions other instructions in effect on the

date of the occurrence that were provided to managers, employees or associates regarding

searching for and retention of security footage of an occurrence potentially resulting in injury to a

customer and the preservation of such footage.

39.    Any schedules, duty rosters, or payroll data displaying which managers,

employees or associates were present on the date of the occurrence and at what times.

40.    Any notice, document, or other correspondence purporting to assert any lien

against any settlement or judgment in this matter obtained by the Plaintiff.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER, & DeBLASIS, LLP

By _____
Mark A. Kohl, #0512140154
17251 Melford Boulevard, Suite 200
Bowie, Maryland  20715
(301) 352-4950
(301) 352-8691 - fax
mkohl@decarodoran.com
*Counsel for Plaintiff*

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

## CERTIFICATE REGARDING SERVICE

The undersigned hereby certifies that a copy of the foregoing interrogatories were served upon the Defendant at the same time and in the same manner as the Summons and Complaint.

By _____

Mark A. Kohl, #0512140154

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

———

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

———

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548





**DeCARO, DORAN, SICILIANO,**
**GALLAGHER & DeBLASIS, LLP**
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715

7018 0040 0000 4925 7355



US POSTAGE
$08.40º
First-Class
Mailed From 20715
12/03/2020
032A 0061846409

**TO:**   CSC Lawyers Incorporating Service Company
7 St. Paul Street, Suite 820
Baltimore, Maryland 21202



Exhibit A, Page 27 of 27