IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

DONNA SCHNEIDER
4701 Colonel Ewell Court
Upper Marlboro, Maryland 20772

    Plaintiff

v.

RED ROBIN INTERNATIONAL, INC.,
t/a RED ROBIN GOURMET BURGERS &
BREWS
5575 DTC Parkway, Suite 110
Englewood, Colorado 80111

Serve: CSC Lawyers Incorporating Service
Company, Resident Agent
7 St. Paul Street, Suite 820
Baltimore, Maryland 21202

    Defendant

Case No.: _____

**FILED**
NOV 2 3 2020
CLERK OF THE CIRCUIT COURT
FOR PRINCE GEORGE'S COUNTY, MD

## COMPLAINT

The Plaintiff, Dona Schneider, through counsel, sues the Defendant Red Robin International, Inc., t/a Red Robin Gourmet Burgers & Brews, and states as reasons as follows:

1. That the Plaintiff is an adult citizen of the United States and at all relevant times was a resident of Prince George's County, Maryland.

2. The Defendant is a Nevada corporation maintaining its principle place of business in Colorado, and at all relevant times operated a restaurant located at 1403 S Main Chapel Way, Gambrills, Maryland 21054.

3. The Defendant also carries on a regular business in Prince George's County, Maryland by operating a restaurant in Bowie, Maryland.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

4. The Court possesses personal jurisdiction over the Defendant pursuant to Section 6-103(b) of the Courts & Judicial Proceedings Article.

5. Venue is proper pursuant to Section 6-201(a) of the Courts & Judicial Proceedings Article.

6. On or about July 30, 2018 the Plaintiff was a business invitee at the Defendant's restaurant located at 1403 S Main Chapel Way, Gambrills, Maryland 21054.

7. The premises of the restaurant, including its vestibule and interior, were maintained under the exclusive control of and was operated by the Defendant's employees and agents.

8. At the time the Plaintiff entered the restaurant it was raining and had been raining for some time. The rain ceased before the Plaintiff's meal ended.

9. After the Plaintiff finished her meal, she attempted to exit the restaurant through the vestibule.

10. Warning signs were not placed in a manner that would have warned the Plaintiff of the presence of water on the floor of the vestibule. Additionally, adequate floor mats were not properly placed to protect patrons such as the Plaintiff from slipping on water in the vestibule.

11. As she passed through the vestibule the Plaintiff slipped on water.

12. The water originated from other customers who had entered the vestibule, and given the length of time the Plaintiff was in the restaurant the water was present long enough that the Defendant's agents and employees knew or should have known of its existence.

13. The Defendant owed a duty of care to the Plaintiff and other members of the

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

public to maintain the premises in a safe and reasonable condition and to warn the Plaintiff and other members of the public of any unreasonable risks of harm and other dangerous conditions and/or risk of harm associated with the premises.

14. The Defendant, through its agents and employees, negligent and breached its duties of care owed to the Plaintiff by:

    i. Failing to adequately maintain the vestibule in a safe and reasonable condition, including to mediate any slipping hazards such as water;

    ii. Failing to adequately warn Plaintiff and other persons of the presence of slipping hazards such as water;

    iii. Failing to adequately place floor mats to protect the Plaintiff and other person from slipping hazards such as water;

    iv. Failing to inspect the vestibule with sufficient frequency or thoroughness to discovery slipping hazards such as water;

    v. Failing to institute adequate inspection policies for slipping hazards; and

    vi. Failing to exercise reasonable care for the safety of the Plaintiff; and

15. As a direct and proximate result of the aforesaid negligence, the Plaintiff sustained serious, permanent and painful bodily injuries, suffered and shall continue to suffer great pain and suffering of mind and body, incurred and may continue to incur in the future medical expenses and other out-of-pocket expenses, and has incurred and may continue to incur lost wages.

16. The Plaintiff was neither contributorily negligent nor assumed the risk of her injuries.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

WHEREFORE, the Plaintiff, Donna Schneider, demands judgment against the Defendant Defendant Red Robin International, Inc., t/a Red Robin Gourmet Burgers & Brews in the amount in excess of Seventy Five Thousand Dollars ($75,000), plus a separate award for costs and interest, and for such other relief as this Honorable Court deems just and proper.

Respectfully submitted,

DeCARO, DORAN, SICILIANO, GALLAGHER, & DeBLASIS, LLP

By _____
Mark A. Kohl, #0512140154
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
(301) 352-4950
(301) 352-8691 - fax
mkohl@decarodoran.com
*Counsel for Plaintiff*

### RULE 20-201(f)(1)(B) CERTIFICATION

I HEREBY CERTIFY that this submission does not contain any restricted information.

_____
Mark A. Kohl

### JURY DEMAND

The Plaintiff demands trial by jury on all issues raised in the above-captioned matter.

_____
Mark A. Kohl

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548